# IN THE SUPREME COURT OF PENNSYLVANIA
# MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 102 MAL 2024 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 478 EDA 2023 |
| | : | entered on January 16, 2024, |
| AHMED MOSTAFA ELGAAFARY, | : | **affirming** the PCRA Order of the |
| | : | Chester County Court of Common |
| Petitioner | : | Pleas at No. CP-15-CR-0003891- |
| | : | 2018 entered on January 18, 2023 |

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of August, 2024, we **GRANT** the petition for allowance of appeal, and **VACATE** the Superior Court's decision affirming the trial court's dismissal of the petitioner's petition under the Post Conviction Relief Act, 42 Pa.C.S. §§ 9541-9546, without a hearing. We **REMAND** to Superior Court with instructions to remand to the trial court for a hearing on the petitioner's claim of ineffectiveness regarding plea advice, pursuant to *Lafler v. Cooper*, 566 U.S. 156 (2012), and *Commonwealth v. Steckley*, 128 A.3d 826 (Pa. Super. 2015).